394 A.2d 615

Commonwealth ex rel. Mazzocone v. Mazzocone, Appellant.

Argued June 12, 1978. John F. X. Fenerty, for appellant; James M. Marsh, with him Thomas O. Malcolm, for appellee.

Order affirmed.

394 A.2d 615

Commonwealth ex rel. Metzger, Appellant, v. Metzger.

Commonwealth ex rel. Metzger v. Metzger, Appellant.

Argued June 13, 1978. Martye Cohen, with him Dwight L. Danser, for appellant at No. 405, and appellee at No. 423; Arthur L. Jenkins, Jr., for appellant at No. 423, and appellee at No. 405.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.